IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BE WELL INTEGRATIVE HEALTH PARTNERS, PLLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:24-cv-00337 |
| UNITEDHEALTH CARE GROUP, INCORPORATED, ET AL., | ) ) ) ) | Judge Trauger |
| Defendant. | ) | |

**O R D E R**

Pursuant to Administrative Order 176, it is hereby ORDERED that this case is TRANSFERRED for all purposes to Judge Eli Richardson of this court.

The initial case management conference scheduled before Judge Trauger on August 12, 2024 is CANCELLED.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge